# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>Information associated with the cellular telephone<br>assigned phone number 720-383-2623 ("the<br>Account"), that are stored at premises controlled by<br>Verizon ("the Provider"), which is headquartered at<br>180 Washington Valley Road, Bedminster, NJ,<br>07921 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 25-sw-00603-TPO

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the State and District of New Jersey, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) and 2 | Interference with Commerce by Threats or Violence, and Aiding and Abetting |
| 18 U.S.C. § 924(c)(1)(A)(ii) and 2 | Possessing/Brandishing a Firearm during and in Relation to a Crime of Violence, and Aiding and Abetting |
| 18 U.S.C. § 922(g)(1); | Felon in Possession of Firearm and Ammunition |

The application is based on these facts:

☒ Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_s/Andrew Silberman_____

*Applicant's signature*

TFO Andrew Silberman, FBI____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___4/25/25_____

*Judge's signature*

Timothy P. O'Hara
United States Magistrate Judge

City and state: __Denver, CO_____

*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED**

This warrant applies to records and information associated with the cellular telephone assigned phone number **720-383-2623** ("the Target Accounts"), that are stored at premises controlled by **Verizon** ("the Provider"), headquartered at 180 Washington Valley Road, Bedminster, NJ, 07921, from September 1st, 2024, through January 12th, 2025.

## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

### I. Information to be Disclosed by the Provider

1. Historical and Subscriber Information - To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period between

### September 1st, 2024, through January 12th, 2025:

a. The following information about the customers or subscribers of the Account:

i. Names (including subscriber names, usernames, and screen names);

ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

iii. Local and long-distance telephone connection records;

iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

v. Length of service (including start date) and types of service utilized;

vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

2. Historical Call/Text/Data Detail Records with Location Information - All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Accounts, including:

1

a. The date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

b. All historical location information, including data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the Accounts for the time period of **September 1st, 2024, through January 12th, 2025**.

3. Specialized Location Records - All call, text, and data connection session location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System), LOCDBOR (Location Database of Record), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA (Time Distance of Arrival) or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or Historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and Sector of the device in relationship to the network when connected to the network with the identified mobile number account, from **September 1st, 2024, through January 12th, 2025**, including:

a. Carrier Key related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information; and

b. List of all cell-sites as of April 18th, 2025, for all state(s) in which the above records used cell locations. Cell site lists shall include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, sector beam width, tower height, and azimuth of each sector associated with each cell-site. If multiple technologies (CDMA, UMTS, GSM, LTE etc.) are referenced in the records all appropriate corresponding cell site lists will also be preserved.

## II. Information to be Seized by the Government

1. All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 1951(a) and 2, Interference with Commerce by Threats or Violence, and Aiding and Abetting; 18 U.S.C. § 924(c)(1)(A)(ii) and 2, Possessing/Brandishing a Firearm during and in Relation to a Crime of Violence, and Aiding and Abetting; and 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition committed on August 20-21, 2024, including historical location information.

2. Pursuant to § 2703(g), the presence of an agent is not required for service or execution of this warrant.

3. Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

## AFFIDAVIT

I, Detective Andrew Silberman, a Task Force Officer assigned as an investigator with the Federal Bureau of Investigation (FBI) Rocky Mountain Safe Streets Task Force, being first duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1.     Your affiant, Detective Andrew Silberman, hereby informs the Court that he is a commissioned peace officer with the Aurora, Colorado Police Department, and is currently assigned as a federal task force officer with the FBI Rocky Mountain Safe Streets Task Force ("RMSSTF").  Your affiant is responsible for investigating violent crimes in the Denver metropolitan area, including bank and business robberies, kidnappings, carjackings, and weapons violations. Your affiant has been a police officer in Colorado for approximately fourteen years and has training and experience in the investigation of property crimes, violent crimes, and has been assigned to the RMSSTF for approximately eight months.  Your affiant has investigative experience and has authored numerous search warrants in cases involving physical and electronic evidence.

2.     This affidavit is made in support of an application for a search warrant for information associated with cellular telephones assigned phone number **720-383-2623** (the "**Target Telephone**"), that is stored at premises controlled by Verizon ("the Provider"), a wireless telephone service provider headquartered at 180 Washington Valley Road, Bedminster, NJ, 07921.

3.     The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §

3

2703(c)(1)(A) to require the Provider to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

4.     The facts in this affidavit come from your affiant's personal observations, training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all your affiant's knowledge about this matter.

5.     Because this affidavit is being submitted for the limited purpose of securing a search warrant, your affiant has not included each and every fact known to your affiant concerning this investigation. Your affiant has set forth facts your affiant believes are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of a violations of 18 U.S.C. § 1951(a) and 2, Interference with Commerce by Threats or Violence, and Aiding and Abetting; 18 U.S.C. § 924(c)(1)(A)(ii) and 2, Possessing/Brandishing a Firearm during and in Relation to a Crime of Violence, and Aiding and Abetting are located in the place described in Attachment A. Your affiant believes there is also probable cause to believe that the location information described in Attachment B will constitute evidence of these criminal violations and there is probable cause to search the information described in Attachment A for evidence, instrumentalities, or fruits of these crimes as further described in Attachment B

6.     The court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. See 18 U.S.C. § 2711(3)(A)(i).

## **INVESTIGATION**

7.      The United States, including the Federal Bureau of Investigation, is conducting a criminal investigation of Javairs Jamaica McClain a.k.a Javaris Jamaica McClain and other unidentified suspects for violations of 18 U.S.C. § 1951(a) and 2, Interference with Commerce by Threats or Violence, and Aiding and Abetting; 18 U.S.C. § 924(c)(1)(A)(ii) and 2, and Possessing/Brandishing a Firearm during and in Relation to a Crime of Violence, and Aiding and Abetting.

### **September 21st, 2024, at 2:35 a.m., 4720 Tower Road (Denver)**

8.      On September 21st, 2024, at approximately 2:35 a.m., the Maverick convenience store located at 4720 Tower Road, Denver, Colorado, a store that engages in interstate commerce, was robbed by Javairs a.k.a Javaris Jamaica McClain.  Your affiant is aware Javairs McClain is the twin brother of Javae McClain. The identity of Javairs McClain and Javae McClain were established upon arrest. Javairs is a black male, 6'02", approximately 137 lbs, with a slim build. Javae, Javairs' twin brother, is a black male, 6'01", approximately 140 lbs, with an athletic build.

9.      The victim cashier, AA, said Javairs entered the store and walked behind the checkout stand where various tobacco products were stored.  AA attempted to escort Javairs out of the area, and Javairs revealed a handgun in his front waistband.  She described the gun as having a gold panel on the back of the slide.

10.      Javairs was described as being a Black male, with a fair complexion, wearing a white t-shirt, dirty white pants with a stripe.

11.      Javairs stole tobacco products from behind the checkout stand and exited the store.  Amber began to push Javairs out of the store and Javairs told her if she touched him again, he would shoot her.

12.     Javairs entered a red Chrysler 300, bearing Colorado temporary tag 6664666, and fled the scene along with two other occupants, Javae Fedal MCCLAIN and a juvenile with the initials J.B.



*License plate of suspect vehicle*

13.     Responding Denver Police Department (DPD) officers attempted to stop the Chrysler using their emergency lights and sirens.  The Chrysler eluded and drove in a reckless manner, at speeds of approximately 115 MPH, and through a coned off construction zone, until they reached the area of I-270 West and Vasquez Boulevard.

14.     Javae and Javairs fled from the Chrysler and ran on foot from the DPD officers.  J.B. remained at the vehicle and was arrested by DPD officers.  Javairs was apprehended after a short foot pursuit and found to be in possession of a Glock 17 handgun, serial number BHMY703.  The gun appeared to be modified with a gold-colored plate switch on the rear of the slide.  The gun had one live round in the chamber and 15 live 9mm bullets in the magazine. A subsequent Denver Crime Lab testing of the firearm confirmed that the switch allowed the firearm to be expel multiple rounds with one pull of the trigger.



*Firearm with Glock switch recovered*

15.     AA positively identified Javairs as the robber who entered the store and threatened to shoot her after stealing tobacco products.

16.     Javae was identified by DPD Officers as the driver of the Chrysler during the eluding after the robbery.  A Glock 21 handgun, Serial number DKH338, with a 26 round magazine was located in the immediate area of Javae's control in the vehicle.  The gun had a live .45 caliber round in the chamber.  The magazine had five live .45 caliber rounds.



*Firearm in suspect vehicle*

17.     DPD Detective Mudloff conducted Mirandized interviews with Javairs and Javae.  Javairs admitted to being in the vehicle during the timeframe of the robbery, but claimed he had blacked

out from alcohol and marijuana consumption and could not provide an account of what happened. Javae admitted to being the driver of the vehicle during the pursuit.

18.     Javairs and Javae made bond and were released on GPS ankle monitors through the Denver Pretrial Services because of their extensive juvenile criminal histories to include several adjudications for juvenile in possession of a handgun and burglary-theft of a firearm from 2022 through 2024.

19.     A limited amount of ankle monitor GPS data for Javae was provided by Greta Aldridge-Coy, a Pretrial Services Officer, after the arrest of Javae for an armed robbery in Aurora on January 12th, 2025.  Greta provided screenshots of Javae's location and Javairs' location when they were at the scene of the robberies or showed in the areas near the robberies.

20.     The data indicates that Javae and Javaris commonly allowed their monitor to run low or out of battery. During that time, pretrial was unable to monitor either subject.  Further, pretrial indicated that the GPS signal was often "blocked", and it could not be said definitively that the devices were being intentionally blocked or tampered with.  Your affiant knows a commonly used method to interfere with the GPS involved wrapping the device with tin or aluminum foil to block its signal.

**December 20th, 2024, at 3:49 a.m., 4709 Tower Road (Denver)**

21.     On December 20th, 2024, at approximately 3:49 a.m., the Denver Police Department was notified of an armed robbery of the 7-Eleven located at 4709 Tower Road, Denver, Colorado, a store that engages in interstate commerce.

22.     The victim cashier, RK, said two unknown males entered the store and one male had a gun with an extended magazine.  The robbers stole $300.00 to $400.00 in US Currency from a register and a box of lighters.  RK thought the robbers were 18–20-year-old black males.

23.     Security footage showed the robbers arrived in a blue sedan without plates.



*Images of vehicle from Denver robbery 24-683193*

24.      One of the robbers appeared to be a white or Hispanic male and wore a black hoody or jacket with a white logo on the left breast with the hood up, tightened around his face, khaki joggers or pants with stripes on the sides, white socks and black shoes with something white or shiny on the laces.  He did not have gloves on and was armed with a gun with an extended magazine.  He also carried a multicolored canvas bag.

25.     The second robber was also a white or Hispanic male and wore light colored pants that appeared to have holes or was frayed, white and black shoes, a gray or black zip up hoody with the hood up, a black face mask, and blue gloves.



26.    Javae's GPS signal was blocked during this time.  Javairs' GPS confirmed he was not on scene.

**December 22nd, 2024, at 4:00 a.m., 6966 Dahlia Street (Commerce City)**

27.    On December 22nd, 2024, at approximately 4:00 a.m., the 7-Eleven located at 6966 Dahlia Street, Commerce City, Colorado, a store that engages in interstate commerce, was robbed by two unknown males.

28.     The victim teller, AJ, said two males associated to a dark colored vehicle robbed the store. The first robber was described as a black male, approximately 6'0" tall, skinny, wearing a black and white puffy coat, black pants and a black ski mask.  The second robber was described as a black male, approximately 5'05" tall, skinny, with a black hoody, light colored pants and a black ski mask.  AJ believed the first robber had his hand in a fanny pack and acted like he was holding a gun.  AJ did not see a gun, but believed the robber had one.

29.    The first robber told AJ to open all the registers and AJ complied.  The second robber went behind the counter and grabbed several boxes of tobacco products while the first robber grabbed the cash drawers.

30.     The robbers stole approximately $266.89 in US Currency along with $392.10 in merchandise for a total theft of $658.99.

31.     Security footage showed a blue Huyndai sedan backed into a parking space and the two robbers exited the vehicle.  The driver matched the description of the first robber and the passenger matched the description of the second robber.  The second robber had black shoes with something silver or shiny on the laces.  The second robber also brought in a bag with him.  Both robbers were wearing blue gloves.  The hood of the first robber said "Guess" on the top of the hood.



*Images from Commerce City robbery*

32.     Javae's GPS signal was blocked during this time.  Javairs' GPS confirmed he was not on scene.

### December 22nd, 2024, at 4:34 a.m., 8378 Sheridan Boulevard (Westminster)

33.     On December 22nd, 2024, at approximately 4:34 a.m., the Westminster Police Department was notified of an attempted armed robbery at the 7-Eleven located at 8378 Sheridan Boulevard, Westminster, Colorado, a store that engages in interstate commerce,.

34.     The victim cashier, RB, reported that two unknown males entered the store and attempted to rob her at gunpoint.  Initially RB did not understand what the robbers were saying because they were wearing masks over their faces.  The robbers repeated their demand for money.  RB told the robbers, "No" and said she was calling the police as she retreated from them and went to the office.

RB said the shorter of the two robbers was armed with a handgun. The robbers did not obtain any money.

35.     Security footage from the attempted robbery showed the robbers arrived in a dark colored sedan, possibly a Hyundai. The vehicle reversed into a parking space in front of the store. The driver exited and was wearing a black over white coat with a hood up and a mask over his face, dark gloves, black pants and black shoes with white soles. The passenger wore a black jacket with a white logo on the left breast with the hood up, a black mask over his face, light colored pants, a black backpack, black shoes with white or something shiny on the laces. The robber in the black hoodie pointed a gun with an extended magazine at RB with his right hand.





*Images from Westminster attempted robbery*

36.        Javae's GPS signal was blocked during this time.  Javairs' GPS confirmed he was not on scene.

### December 22nd, 2024, at 4:40 a.m., 7201 Lowell Boulevard (Westminster)

37.     On December 22nd, 2024, at approximately 4:43 a.m., the Westminster Police Department was notified of an armed robbery at the 7-Eleven located at 7201 Lowell Boulevard, Westminster, Colorado, a store that engages in interstate commerce.

38.     The victim cashiers, MK, and RS, said two unknown males entered the store with handguns and took both cash register drawers, with approximately $700.00 in US Currency.

39.     Security footage showed the robbers arrived in what appeared to be a blue Hyundai Accent. The driver was wearing a black over white coat with the hood up, black pants, a black mask over his face, blue gloves and armed with a black handgun in his right hand.

40.     The passenger was wearing a black jacket with a white logo over the left breast with the hood up, dark gloves, a black mask over his face, light colored jeans possibly torn and black shoes with something white or shiny on the laces.  He was also armed with a handgun with an extended magazine and carried a black backpack.  He held the gun in his right hand.



13



*Images from Westminster robbery*

41.    Law enforcement databases showed a blue 2019 Hyundai Accent, VIN 3KPC24A39KE059887, had been reported stolen out of Aurora on December 20th, 2024, Aurora Police case AP2024254435.  The vehicle was still outstanding at the time of the robberies.

42.    Javae's GPS signal was blocked during this time.  Javairs' GPS confirmed he was not on scene.  The next night, December 23rd, 2024, there are several robberies where Javae's GPS is not blocked and located at the scene of the robbery.

### December 23rd, 2024, at 2:50 a.m., 11599 West Colfax Avenue

43.    On December 23rd, 2024, at approximately 2:50 a.m., the Lakewood Police Department was notified of an armed robbery at the 7-Eleven located at 11599 West Colfax Avenue, Lakewood, Colorado, a store that engages in interstate commerce.

44.    The victim cashier, AB, reported that a silver four-door sedan backed into the parking lot and two unknown males entered the store.   One robber was described as a black male, approximately 5'10" tall, skinny, wearing a black hoody or jacket with a white logo over the left

breast, black shirt, light blue jeans, a black mask and red underwear, with hazel-colored eyes, black shoes with something white or shiny on the laces and carried a black backpack. He was armed with a handgun with an extended magazine. He carried the gun in his right hand.

45.    The second robber was described as a Hispanic male, approximately 5'08" tall, wearing a black hoodie, plaid pajama bottoms, black and yellow underwear and a mask over his face. He was also armed with a handgun. He carried the gun in his right hand.



*Images from Lakewood robbery LK24039418*

46.    AB said he was told to open the tray. AB complied and opened the northern tray and the southern tray. As he did so, he pushed the silent panic alarm. The robber in the plaid pajama bottoms took both trays and both robbers exited the store and fled in the silver sedan. The total estimated amount of US Currency stolen was $276.48.

47.    The robber with the backpack appeared to be wearing the same hooded jacket or hoody with the logo over the left breast, light colored pants and black shoes with the white or shiny spot on the laces from the robberies in Westminster the night before.

48.    At 2:48 a.m. on December 23rd, 2024, Javae's GPS showed him at 11599 West Colfax Avenue, Lakewood, Colorado, with an accuracy value of 10 meters.



49.    Javairs' GPS confirmed he was not on scene.

### December 23rd, 2024, at 3:13 a.m., 2950 West Evans Ave (Denver)

50.    On December 23rd, 2024, at approximately 3:13 a.m., the 7-Eleven located at 2950 West Evans Avenue, Denver, Colorado, a store that engages in interstate commerce, was robbed by two unknown males armed with handguns.

51.    The victim cashier, MM, said the two robbers entered the store, demanded money and one of the robbers flourished a gun.  The robbers took money from both registers with approximately $450.00 in US Currency and took tobacco products and nicotine pods.

52.    One of the robbers was wearing a black hoody with the hood up, a black mask over his face, blue gloves, yellow and black underwear, plaid pajama bottoms and black shoes with white soles.  He lifted his shirt and displayed a firearm.

53.    The second robber wore a black hoody with the hood up with a white logo over the left breast, a black mask over his face, light colored jeans, black shoes and carried a black backpack. He was seen holding the gun with his right hand in the security video.





*Images of robbers in Denver*

54.     The robbers arrived and fled in a dark colored sedan.

17



*Robbery vehicle in Denver*

55.    On December 23rd, 2024, at 3:11 a.m., Javae's GPS confirmed he was at 2950 West Evans

Avenue, Denver, Colorado, with an accuracy value of 22 meters.



56.        Javairs' GPS confirmed he was not on scene.

### December 23rd, 2024, at 3:29 a.m., 4096 South Federal Boulevard (Sheridan)

57.    On December 23rd, 2024, at approximately 3:25 a.m., the 7-Eleven located at 4096 South

Federal Boulevard, Sheridan, Colorado 80110, was robbed at gunpoint by two unknown males.

18

58.    The victim cashier, TD said two unknown males walked into the store, armed with handguns.  The robbers took money from both cash registers.

59.    Security footage showed the robbers arrived in a blue sedan, that appeared to be a Hyundai Accent.  The driver wore a black hoody with the hood up, a black mask over his face, plaid pajama bottoms, black and white shoes, purple gloves and black and yellow underwear.  He kept his right hand near the front of his waistband and appeared to be holding something.

60.    The second robber wore a black Nike hoodie with the hood up, a black mask over his face, black gloves, light colored jeans, black shoes with something white or shiny on the laces and carried a black backpack.  He was armed with a black handgun with an extended magazine in his right hand.





*Images from Sheridan robbery*

19

61.     On December 23rd, 2024, at 3:21 a.m., Javae's GPS confirmed he was at 4096 South Federal Boulevard, Sheridan, Colorado, with an accuracy value of 14 meters.



**December 23rd, 2024, at 3:32 a.m., 1499 West Littleton Boulevard (Littleton)**

62.     On December 23rd, 2024, at approximately 3:30 a.m., the 7-Eleven located at 1499 West Littleton Boulevard, Littleton, Colorado, a store that engages in interstate commerce,, was robbed at gunpoint by two unknown males.

63.     The victim cashier, PG, said two unknown males entered the store.  They were both wearing masks over their faces and wearing gloves.  One robber was holding something under a jacket and the other held a pistol in his right hand.  The robber with the gun in his hand demanded PG open the registers.

64.     The robbers took both drawers, with approximately $1,000.00 in US Currency.  One of the robbers also took vapes.  The robbers fled in a blue sedan.

65.     On December 23rd, 2024, at 3:31 a.m., Javae's GPS confirmed he was at 1499 West Littleton Boulevard, Littleton, Colorado, with an accuracy value of 18 meters.



66.    Javairs' GPS confirmed he was not on scene.

67.    Sheridan Officer E. Medellin conducted an area search for the blue robbery vehicle and saw a blue Hyundai sedan in the lot of a 7-Eleven at 3391 West Hampden Avenue, Sheridan, Colorado.  Officer E. Medellin saw two people running to the vehicle and get in.

68.    The driver was wearing a gray hoodie, checkered pajama pants, and black and white shoes. The passenger was wearing a black hoodie and light blue jeans.  Both were wearing masks and the driver held his hand down at his side and appeared to be holding a firearm.

69.    The blue vehicle accelerated from the parking lot at a high rate of speed, nearly colliding with Officer E. Medellin's marked patrol vehicle.  Officer E. Medellin activated his vehicle's emergency equipment, lights and siren to stop the vehicle.  The vehicle fled west on Highway 285

21

from South Knox Court at approximately 90 miles-per-hour. The vehicle exited onto north bound South Sheridan Boulevard and accelerated to speeds in excess of 100 miles-per-hour. The vehicle narrowly missed colliding with another vehicle that was crossing South Sheridan Boulevard at West Yale Avenue. The pursuit was terminated due to the excessive speeds.

70.    Officer E. Medellin viewed security footage of the robbery of the 7-Eleven at 4096 South Federal Boulevard, and confirmed the individuals he saw flee in the blue vehicle were the same as the robbers.

### Hyundai recovered in Denver on January 2nd, 2025

71.    On January 2nd, 2025, the Hyundai was recovered by the Denver Police Department in the 1200 block of Meade Street, Denver, Colorado. The vehicle was unoccupied and abandoned. The vehicle was impounded and towed to the Denver impound yard at 5160 York Street, Denver, Colorado 80216.



*Images from Denver impound*

72.    DPD Officer Gibbs spoke with a nearby resident, NM at 1251 Meade Street. She said the vehicle had been parked at this location for a while, and she had seen homeless people in the area sleeping in the car.

73.    The following robberies were believed to be committed by the same individuals but using different vehicles. However, Javae's GPS unit was "blocked" on December 26th, 2024.

### December 26th, 2024, at 3:32 a.m., 1510 South Holly Street (Denver)

74.    On December 26th, 2024, at approximately 3:32 a.m., the 7-Eleven located at 1510 South Holly Street, Denver, Colorado, a store that engages in interstate commerce, was robbed at gunpoint by three unknown males.

75.    The victim cashier, AT, said the three robbers entered the store and approached the counter. One of the robbers produced a handgun and pointed it at her. The robbers removed the cash drawer from the register which had approximately $100.00 in US Currency.

76.    Security video showed the robbers arrived in a white SUV.



*Images from Denver robbery 24-692925*

77.    Two of the robbers appeared to be wearing black hoodies or coats with the hoods up, black masks, black pants, black shoes and one was wearing a red glove.  The other robbers had black gloves.  One robber wore a black over white coat, that appeared to be the same coat worn in previous robberies in Westminster.  The robber in the red gloves was armed with a handgun.



*Images from Denver robbery 24-692925*

78.    Javae's GPS signal was blocked during this time and Javairs' GPS confirmed he was not on scene.

### December 26th, 2024, at 5:17 a.m., 3995 North Lewiston Street (Aurora)

79.    On December 26th, 2024, at approximately 5:17 a.m., the 7-Eleven located at 3995 Lewiston Street, Aurora, Colorado, a store that engages in interstate commerce, was robbed at gunpoint by two unknown males.  Approximately $160.00 in US Currency was stolen.

80.    The victim cashier, MR, said the robbers ordered him to give them all the money in the register.  He was hesitant at first, and one of the robbers threatened to "cap him in his knee."  MR gave the robbers the drawers with US Currency.  The robbers fled in an unknown vehicle.  He believed the robbers were black males in their 20's.

81.    Security video showed the robbers entered the store wearing all black clothing, pants, hoodies and face masks.  One had black gloves and one had red gloves.  Both robbers were armed with handguns with extended magazines.  The robber with red gloves held the gun in his left hand and the robber with black gloves held the gun in his right hand.  The suspects fled in an unknown model white Hyundai SUV.



*Image from Aurora robbery*

82.    Javae's GPS signal was blocked during this time and Javairs' GPS confirmed he was not on scene. Javae's GPS was unblocked during the following robberies on December 27th, 2024.

**December 27th, 2024, at 3:10 a.m., 2220 South Peoria Street (Aurora)**

83.    On December 27th, 2024, at approximately 3:10 a.m., the 7-Eleven located at 2220 South Peoria Street, Aurora, Colorado 80012, was robbed at gunpoint by three unknown males.

84.    The victim cashier, KG, said three unknown teenage males robbed the store at gunpoint. They walked in, grabbed drinks and walked to the counter as though they were going to pay.  All three robbers were armed with guns and at gunpoint they ordered him to open the register.  Two of the robbers grabbed the money, approximately $100.00 in US Currency, and one continued to hold him at gun point.  All three robbers fled in a black Hyundai sedan.  KG described the robbers as white, 12-13 years old in all black clothing and black ski masks.

85.    Security video showed one of the robbers was wearing red gloves and yellow "Crocks" style shoes.



| Image from Aurora robbery |
| --- |

86.    On December 27th, 2024, at 3:10 a.m., Javae's GPS confirmed he was at 2220 South Peoria Street, Aurora, Colorado, with an accuracy value of 20 meters.



87.    Javairs' GPS was dead and his whereabouts could not be verified.

### December 27th, 2024, at 3:30 a.m., 4500 North Peoria Street (Denver)

88.    On December 27th, 2024, at approximately 3:30 a.m., the 7-Eleven located at 4500 Peoria Street, Denver, Colorado, a store that engages in interstate commerce,, was robbed at gunpoint by three unknown males.

89.    The victim cashier, NK, said the three robbers entered the store with guns.  NK said two of the robbers were white and one was black.  The robbers pointed guns at him and asked for the money.  NK feared for his life and let the males take the money.

90.    Security video showed the robbers approached the store on foot from a dark vehicle parked across the parking lot.  One robber wore a black over white or gray coat that appeared to match the coat in previous Westminster and Commerce City robberies.  The other two robbers wore black hoodies.  All three robbers had handguns, and one had an extended magazine.  All three robbers wore black gloves, black pants, black masks and black shoes.

91.    The robbers jogged away from the store and were picked up by a black or dark sedan.



*Images from Denver robbery*

92.     On December 27th, 2024, at 3:26 a.m., Javae's GPS confirmed he was in the area of 4500 North Peoria Street, Denver, Colorado, with an accuracy value of 27 meters.



93.     Javairs' GPS was dead and his whereabouts could not be verified.

### December 27th, 2024, at 3:32 a.m., 4922 North Willow Street (Denver)

94.     On December 27th, 2024, at approximately 3:32 a.m., the 7-Eleven located at 4922 Willow Street, Denver, Colorado, a store that engages in interstate commerce, was robbed at gunpoint by three unknown males.

95.     The victim cashier, AS, said three males, all armed with handguns entered the store.  AS told the robbers to leave, but they approached him, cornered him and told him to let them do what they needed to do.  One of the robbers hit AS in the arm with a handgun, causing pain and an abrasion.  AS fled from the robbers and hid in a bathroom.

96.     AS said all three robbers were black males, wearing all black with black gloves and masks. AS said the robbers stole tobacco products.

97.     Security video showed the robbery vehicle was a blue or black sedan, believed to be a Hyundai Sonata.

28



*Image from Denver robbery*

98.    Security footage showed one of the robbers' faces was partially exposed and he wore a black shirt with a multi-colored symbol on the chest under his black hoody. This person has been tentatively identified as a juvenile named MR, who was ultimately arrested with Javae on January 12th, 2025, after completing a robbery. MR's physical attributes are consistent with this robbery suspect and he is wearing the same jacket as when he was arrested.

99.    On December 27th, 2024, at 3:31 a.m., Javae's GPS confirmed he was in the area of 4922 Willow Street, Denver, Colorado, with an accuracy value of 24 meters.



100. Javairs' GPS was dead and his whereabouts could not be verified.

101. Responding Denver Police Officers engaged in a pursuit of the robbery vehicle as it fled the scene. The vehicle eluded the Officers and was not apprehended.

### December 29th, 2024, at 5:27 a.m., 9301 South Parker Road

102. On December 29th, 2024, at approximately 5:29 a.m., Parker PD officers were dispatched to 9301 South Parker Road (7-Eleven), a store that engages in interstate commerce, on the report of an armed robbery. This address is located within Douglas County, Colorado.

103. Upon arrival, Officer Elijah Hamdeed contacted the victim/reporting person, identified as JW. JW advised he was cooking when two light skinned black males entered the business wearing all black and possessed firearms. One suspect walked up to the counter and the other suspect walked behind the counter. The suspects demanded JW open the cash registers and he complied. JW advised he was in fear for his life and told the suspect not to shoot him. The suspects grabbed the tills and fled the business.

104. Subsequently, Officer Hamdeed reviewed surveillance footage. From the video, Officer Hamdeed learned the suspects arrived in a white Hyundai Sonata. Both suspects exit this vehicle

30

and enter the business. One suspect was wearing a black hoodie, red gloves, gray pants, and yellow crocs. The other suspect was wearing a black hoodie, black pants with a white design, blue gloves, and black shoes. Both suspects possessed firearms. After the robbery, the suspects fled in the white Sonata.

105.    The approximate value of items stolen was $360 in U.S. Currency and $200 worth of tills.





*Screen grabs from surveillance footage showing the two robbery suspects and the vehicle they used. The suspect wearing the yellow crocs matches the same suspect from the December 27th, 2024, robbery in Aurora. Additionally, the gloves used in this robbery match the gloves used in previous robberies.*

**December 29th, 2024, at 5:40 a.m., 23830 East Smoky Hill Road (Aurora)**

106.    On December 29th, 2024, at approximately 5:40 a.m., the 7-Eleven located at 23830 East Smoky Hill Road, Aurora, Colorado, a store that engages in interstate commerce, was robbed at gunpoint by two unknown males.

107.    The victim cashier, JS, said two unknown males entered the store, armed with firearms. One robber pointed a gun at him while the other robber went around to the back of the counter. JS opened the registers and both robbers grabbed the tills from the registers. The robbers took approximately $600.00 in US Currency. The robbers got into a white Hyundai and fled.

108.    Officer A. Vega said security video showed the robbers were both dressed in dark clothing, wearing gloves and armed with handguns.  The video showed the robbery vehicle to be a blue Hyundai, possibly an Elantra, without plates.

109.    Javae's GPS was blocked at the time of the robbery.  Javairs's GPS confirmed he was not on scene at the time of the robbery.

110.    On December 29th, 2024, at 5:26 a.m., approximately 14 minutes before the robbery at 22830 East Smoky Hill Road, Javae's GPS put him at 9301 South Parker Road, Parker, Colorado. His location was approximately 16 minutes away from the robbery at 22830 East Smoky Hill Road.



**December 30th, 2024, at 4:20 a.m., 8111 West Tower Road (Commerce City)**

111.    On December 30th, 2024, at approximately 4:20 a.m., the 7-Eleven located at 8111 West Tower Road, Commerce City, Colorado, a store that engages in interstate commerce, was robbed by two unknown males at gunpoint.

112.    The victim cashier, DH, said two unknown robbers fled in a black sedan.



*Image from Commerce City robbery*

113.    The robbers were described as light skinned African American males, wearing black clothing and gloves.  One was tall and skinny and wore army fatigue underwear, while the other was shorter and skinny.  Both had brown eyes.

114.    One of the robbers told DH to open the register and showed him a black handgun.  DH was told, "Yeah, motherfucker, open the other drawer!" after DH only opened one drawer.

115.    Security footage showed one robber wore dark colored jeans, a black jacket with the hood up, black shoes, a face covering, a gun was tucked into his waistband, and one glove.  The other robber wore patterned pajama style pants, a mask over his face, a black jacket and black shoes.



*Images from Commerce City robbery*

116.    The robbers stole an estimated $230.00 in US Currency from the cash drawers.

117.    On December 30th, 2024, at 4:24 a.m., Javae's GPS confirmed he was at 8111 Tower Road, Commerce City, Colorado, with an accuracy value of 32 meters.



35

118.    Javairs' GPS signal was poor, but showed him in the area of 14835 East 64th Avenue, Denver, Colorado, with an accuracy value of 255 meters at 4:20 a.m.    This location is approximately 8 minutes and 3.1 miles away from 8111 Wes Tower Rd according to Google maps.



**December 30th, 2024, at 4:40 a.m., 4570 North Chambers Road (Denver)**

119.    On December 30th, 2024, at approximately 4:40 a.m., the Circle K located at 4570 Chambers Road, Denver, Colorado, a store that engages in interstate commerce,, was robbed at gunpoint by three unknown suspects.    Two males exited the robbery vehicle, entered the business and robbed it at gunpoint.    The driver remained in the vehicle.

120.    The victim cashier, SM, said the two robbers entered the store as she was changing out the self-checkout money machine.    They ordered her to give them the money.    The robbers had gloves and wore masks over their faces.    She believed the robbers were possibly light skinned black males. One robber had his hand in his pocket, acting like he had a gun.    He wore a black hoodie and plaid pajama pants.

121.    The second robber had a handgun with an extended magazine in his right hand. He was wearing a black hoody and dark blue jeans. The robbers took approximately $1,425.00 in US Currency.

122.    Security video showed the robbery vehicle was a silver SUV, possibly a Hyundai Tucson.



*Images from Denver robbery*

123.    On December 30th, 2024, at 4:47 a.m., Javae's GPS confirmed he was at 4570 Chambers Road, Denver, Colorado, with an accuracy value of 22 meters.



124.    Javairs' GPS signal was poor, but showed him in the area of 4699 Kittredge Street, Denver, Colorado, with an accuracy value of 255 meters at 4:50 a.m. This location is approximately 5 to 6 minutes and 0.9 to 1.8 miles away from 4570 Chambers Rd according to Google Maps



**December 30th, 2024, at 4:58 a.m., 13480 East Mississippi Avenue (Aurora)**

125.  On December 30th, 2024, at approximately 4:58 a.m., two unknown males attempted to rob the Mavericks located at 13480 East Mississippi Avenue, Aurora, Colorado, a store that engages in interstate commerce, at gunpoint.

126.  The victim cashiers, JM and JS, said the two robbers approached the store and told a homeless male to "Get the fuck out the way."  Both robbers were described as a 16–17-year-old black males, wearing a black ski mask, black hoodies, grey sweatpants, gloves and armed with handguns.  One robber's pants had a "Hey Arnold" cartoon design.  The other robber had an extended magazine in his gun.

127.  One of the robbers said, "Give me all your money.  Empty the registers and give me your money" and showed a gun in his waistband.  JM said she could not open the register.  One of the robbers grabbed a roll of Skoals and threw them at the self-checkout monitor, and said, "Yes you can."  The monitor was broken by the roll of Skoals.

39

128.    The second robber stood next to JS and pulled a gun out of his waistband and held it behind his back.  His gun had an extended magazine.

129.    Both robbers exited the store without receiving any money and fled in a newer model gray Ford SUV, possibly an Edge or Escape, or Hyundai Santa Fe.

130.    On December 30th, 2024, at 4:56 a.m., Javae's GPS confirmed he was at 13480 East Mississippi Avenue, Aurora, Colorado, with an accuracy value of 18 meters.



131.    Javairs' GPS signal was blocked at the time of the robbery.

**December 30th, 2024, at 5:03 a.m., 15296 East Hampden Avenue (Aurora)**

132.    On December 30th, 2024, at approximately 5:03 a.m., the 7-Eleven located at 15296 East Hampden Avenue, Aurora, Colorado, a store that engages in interstate commerce, was robbed at gunpoint by two unknown males.

133.    The victim cashier, DS, said two males, wearing all black, entered the store, pointed a gun at him and told him, "Hands up.  Do not be smart.  Do not do anything.  Open the register."  DS opened both registers and the robbers took approximately $600.00 in US Currency.

134.    Security video showed the robbery vehicle was a gray Hyundai SUV, possibly a Santa Fe. Two passengers exited the SUV and the driver remained in the vehicle.  One robber pointed a gun at the victim while the second robber held his hand on his waistband.

135.    One robber wore a black hoodie, dark pants, black shoes and had a gun with an extended magazine.  He had a black mask and wore one black glove on his left hand.  He held the gun with his right hand.

136.    The second robber wore a black hoodie, dark colored plaid pajama pants, a black mask, and black shoes with white soles.





*Images from Aurora robbery*

137.    On December 30th, 2024, at 5:08 a.m., Javae's GPS confirmed he was at 15296 East Hampden Avenue, Aurora, Colorado, with an accuracy value of 16 meters.



138.    Javairs's GPS signal was blocked at the time of the robbery.

139.    At approximately 5:40 a.m., both Javairs' (then, unblocked) and Javae's GPS were together at 24650 East Applewood Circle, Aurora, Colorado.



**January 12th, 2025, at 9:00 a.m., 1110 South Buckley Road (Aurora) – Robbery and arrest of Javae McClain**

140.    On January 12th, 2025, at approximately 9:00 a.m., the Circle K located at 1110 South Buckley Road, Aurora, a store that engages in interstate commerce, was robbed at gunpoint by two males.  The Circle K is a convenience store involved in interstate commerce.

141.    The victim cashier, BB, said at approximately 9:00 a.m., the two robbers entered the store.  Both robbers had hoods and masks on.  One was dressed in all black and one was dressed in all white.  The robbery vehicle was described as a black sedan with the license plate bent up.

142.    The robber in all black produced a handgun and pointed it at BB.  The robber used his left hand to pull the gun out from under the right side of his jacket.

143.    Both robbers moved behind the cashier station and told BB to open the register and give them the money.  While BB was opening the register, the robbers grabbed tobacco products from the shelf.  Once the register was open, both robbers grabbed money, $202.00 in US Currency, and then fled from the store.

144.    Security video showed the robber in black exited from the vehicle's passenger side and the robber in white exited from the driver side of the robbery vehicle.  The robber in white was holding his waistband.  The robber in black drew a gun from the right side of his waist band with his left hand and pointed the gun at BB.  The robber in white kept his hand in his waist band and there appeared to be the back of a pistol slide visible.  The robber in white wore a black glove on his right hand and a purple glove on his left hand.  After stealing the money and tobacco products the robber in white reentered the driver side of the vehicle and the robber in black reentered the passenger side of the vehicle.  The vehicle fled to the south.



*Images from Circle K at 1110 South Buckley Road*

145.    On January 12th, 2025, at 9:03 a.m., Javae's GPS confirmed he was at 1110 South Buckley

Road, Aurora, Colorado, with an accuracy value of 8 meters.



146.    Javairs' GPS confirmed he was not on scene.

147.    Responding Aurora Police Department (APD) Officers observed a vehicle that matched the robbery vehicle description and attempted a traffic stop using their emergency equipment. The vehicle did not stop, and a pursuit was initiated.

148.    The vehicle APD pursued was a black 2015 Hyundai Elantra, VIN 5NPDH4AEXFH605571, Colorado plate BSBA78. The vehicle fled from APD at speeds over 100 MPH ran red lights at an intersection and drove into oncoming traffic.



149.    Eventually the vehicle slowed to approximately 20 MPH and doors on both the driver and passenger sides opened. The driver and a passenger then exited the still moving vehicle, leaving

46

it unoccupied and still moving. The driver and passenger rolled on the street a few times before getting up and running away.

150.    The driver of the vehicle was apprehended after a foot pursuit and identified as JAVAE FEDAL MCCLAIN. The passenger was also apprehended after a foot pursuit and identified as M.R., who is a 15 year old juvenile.

151.    M.R. was positively identified by BB as one of the robbers during a show-up with APD Officers. A show-up was not conducted with Javae due to him being transported to a hospital for treatment of injuries received when he exited the moving vehicle and subsequent foot pursuit.



Image of MR and his shoes





Clothing recovered from Javae

152.    APD Officers found a black handgun, a Glock 23, serial number AAHN858, with an

extended magazine buried under some bark and wood chips in the immediate area where MR was

taken into custody.  The magazine had 26 live .40 caliber rounds and the gun had a live .40 caliber

round in the chamber.  The gun also had an aftermarket attachment or "switch" that made the gun

fully automatic.



Gun with switch and extended magazine found near MR

153.    APD Officers also recovered a black handgun, a Glock 22, serial number SFP311, with a high-capacity drum magazine in the street near the driver's door area of the robbery vehicle where Javae exited.  The gun had a live .40 caliber round in the chamber and the drum magazine had 40 live .40 caliber rounds.



*Gun with high-capacity drum magazine found near driver side of the robbery vehicle.*

154.    On January 13th, 2024, the APD performed function tests of the two recovered firearms. Both guns were found to be functional.  The Glock 23 was equipped with an auto sear and was loaded with two live cartridges to test for full-automatic function.  The gun was shown to be capable of firing multiple cartridges with one trigger pull.

155.    Javae McClain has been held in custody since his arrest on January 12th, 2025. The following robberies are believed to have been committed by Javairs McClain and an unidentified suspect.

**January 29th, 2025, at 4:10 a.m., 15553 East Mississippi Avenue (Aurora)**

156.    On January 29th, 2025, at approximately 4:44 a.m. APD officers were dispatched to 15553 East Mississippi Avenue (7-Eleven), Aurora, CO, a store that engages in interstate commerce, on the report of an armed robbery. Upon arrival, Officer Gracy Marquez contacted the victim, MM and learned the robbery occurred at approximately 4:10 a.m.

157.    MM advised two males in black pants, black sweaters, and black masks arrived at the store. Both male suspects brandished firearms and pointed them at him. MM advised one male suspect stood on one side of the counter and the other male suspect walked behind the counter towards the register.

158.    MM advised while still being held at gunpoint, the male suspect behind the counter old him something to the effect of "unlock the box…..give me the money….get to it". MM attempted to take the money out of the till while both suspects were yelling at him to hurry up. Ultimately, MM ended up providing the two suspects with both register tills and they exited the store.

159.    Subsequently, the two male suspects entered a gray sedan and traveled southbound near the public storage business across the street. There, the vehicle stopped briefly before completely leaving the area.

160.    When asked, MM advised he shaken up by having two firearms pointed at him but he believed he would not be harmed because he complied with the suspect's demands. MM described the two male suspects as being approximately 19 to 20 years old, slim, and appeared frightened.

161.    An approximate value of items and U.S Currency stolen came to $170.



*Screen grabs from surveillance footage of suspects entering business*



*Suspects committing the robbery and then leaving with the tills*

**February 1st, 2025, at 3:28 a.m., 7080 North Tower Road (Denver)**

162.    On February 1st, 2025, at approximately 4:20 a.m., Denver PD Officer Braedan Evans was

dispatched to 7080 North Tower Road (7-Eleven) Denver, Colorado, a store that engages in

interstate commerce, for a report of an armed robbery. Upon his arrival, Officer Evans contacted the victim/reporting person, identified as MB K.

163.    MB K advised he observed two "younger aged" males enter the business. Subsequently, the two males pointed firearms at MB K. MB K put his hands up and one of the suspects walked around the counter. This suspect grabbed the cash register tills and ran out of the business. As this was occurring, the second suspect reached over the counter and grabbed unknown additional items. Both suspects left the area in a blue "sedan-ish" vehicle bearing Texas (TX) license plate VCV1906. This TX plate was determined to be a misuse.

164.    Additionally, a witness, identified as LR, was contacted and interviewed. LR advised she was inside the business and hid behind a coffee machine during the robbery. LR advised she observed MB K put his hands up, did not remember hearing the suspects say anything, and she did not have any firearms pointed in her direction.

165.    The approximate value of U.S. currency stolen was determined to be $500.



*Screen grab from surveillance footage of the suspects wearing the same clothes*



*Screen grab from surveillance footage showing the vehicle the suspects were utilizing during this robbery which is consistent with the vehicle used in the other robberies*

**February 1st, 2025, at 3:37 a.m., 4570 North Chambers Road (Denver)**

166.     On February 1st, 2025, at approximately 3:45 a.m., Denver PD Officer Taylor Eliassen was dispatched to 4570 North Chambers Road (Circle K) Denver, Colorado, a store that engages in interstate commerce, for a report of an armed robbery. Upon arrival, Officer Eliassen contacted the victim/reporting person, identified as BB.

53

167.    BB advised he was stocking food when the suspects entered the store. One of the suspects informed BB he needed "sticks". BB went behind the counter to assist the suspect and then had a firearm pointed at him. This suspect demanded BB open the cash registers as the other suspect went behind the counter. BB could only open one of the cash registers and the till only contained coins. Once the suspects realized that the till had no money in it they fled the business. BB commented he believed these same suspects completed a previous robbery at the business on December 30th, 2024. Officer Eliassen determined after reviewing surveillance footage the suspects used a blue 4-door hatchback type vehicle.

168.    One suspect was described as a light skinned black male, late teens or early 20s, approximately 5'08", slim build, wearing a black hoodie, black joggers, black shoes, and black face mask. The other suspect was described as a light skinned black male, approximately 5'10", in his late teens or early 20s, slim build, black hoodie, black jeans, black shoes, and black mask.



*Screen grabs from surveillance of the robbery suspects. They are wearing the same clothes as in the previous robberies.*



*Screen grab from surveillance footage of the vehicle the robbery suspects were using. This is the same vehicle used in the previous robberies.*

**February 1st, 2025, at 3:48 a.m., 3995 North Lewiston Street (Aurora)**

169.    On February 1st, 2025, at approximately 3:48 a.m., APD officers were dispatched to 3995 North Lewiston Street (7-Eleven), Aurora, Colorado, a store that engages in interstate commerce, for a report of an armed robbery. Upon his arrival, Officer Nico Martinez contacted the victim, BW. BW advised he was just robbed at gunpoint by two males.

170.    BW advised one of the suspects came around to the back of the counter and the other one stayed on the outside. The suspect who came around the counter said something to effect of, "he

did not want to be robbing another black male because they are supposed to stick together, but he would shoot him if he needed too". Subsequently, both suspects pointed firearms at BW and then stole both register tills before exiting the business.

171.    The two suspects were described as being black males, once light skinned and the other darker skinned. Both males were young and were wearing all black, gloves, and masks. No vehicle associated with the suspects was observed.

172.    The total loss during this robbery was determined to be approximately $126.



*Screen grabs from surveillance footage showing the two suspects enter the business before the robbery. Both suspects are wearing the same clothing as the previous robberies from January 29th, 2025.*



*Screen grabs from surveillance footage showing the victim held at gunpoint by suspects and then suspect leaving with the register till(s).*

### February 1st, 2025, at 4:05 a.m., 4922 North Willow Street (Denver)

173.　On February 1st, 2025, at approximately 4:05 a.m., Denver PD Officer Matthew Keeling was dispatched to 4922 North Willow Street, Denver, Colorado a store that engages in interstate commerce, for a report of an armed robbery. Upon his arrival, Officer Keeling contacted the victim/reporting person, identified as AS.

174.　AS advised the business was robbed at gunpoint with extended magazines by two suspects. The two suspects arrived in a small blue SUV. Upon entering the business, one suspect requested tobacco products. When AS turned around to obtain the items, the other suspect walked behind the counter and demanded him to open the cash registers. The suspects took both cash register tills and fled the store. AS described the suspects as being black males, thin build, wearing all black, with black masks and gloves.

175.　AS believed the amount stolen to be approximately $200.



*Screen grabs from surveillance footage showing the two suspects enter the business before the robbery. Both suspects are wearing the same clothing as the previous robberies*



*Screen grab from surveillance footage of the vehicle the robbery suspects were using. This is the same vehicle used on the previous robberies.*

59

**February 1st, 2025, at 4:27 a.m., 2220 South Peoria Street (Aurora)**

176.    On February 1st, 2025, at approximately 4:27 a.m., APD officers were dispatched to 2220 South Peoria Street (7-Eleven) Aurora, Colorado a store that engages in interstate commerce, for a report of an armed robbery. Upon his arrival, Officer Jesse Shaw contacted the victim, KG. KG pointed to the area behind the registers. Officer Shaw went behind the counter to look and observed that both tills were missing.

177.    KG advised he was behind the counter when both suspects entered. Both suspects pointed firearms at him and demanded he open the registers. KG complied and advised he was in fear for his life.

178.    Officer Shaw reviewed surveillance footage of this incident. At 4:26 a.m., Officer Shaw observed the same stolen blue Mitsubishi Eclipse Cross, previously mentioned, enter the lot and two suspects exit the vehicle. Both suspects then enter the business. The suspects split up with one immediately going behind the counter and the other points a firearm at GK. GK opened both registers while being held at gunpoint by both suspects. Each suspect grabbed a till, and both ran out of the business and entered back into the Mitsubishi. At 4:27 a.m. that vehicle leaves the area.

179.    One suspect was wearing a black "Nike" hooded sweatshirt, black mask, gray/black jeans, black gloves, and black shoes. The other suspect was wearing a black hooded jacket, black mask, black pants, blue and red/orange gloves, and black/white tennis shoes.

180.    The amount of U.S. Currency stolen during this incident was approximately $50.



*Screen grabs from surveillance footage showing the suspects enter the business wearing the same clothes as the robberies on January 29th, 2025, and earlier on February 1st, 2025.*



*Screen grabs from surveillance footage showing suspect using firearm during robbery and of the same stolen Mitsubishi the robbery suspects have been using*

**January 29th, 2025, at 4:31 a.m., 22998 East Smoky Hill Road (Aurora)**

181.   On January 29th, 2025, at approximately 4:31 a.m., APD officers were dispatched to 22998 East Smoky Hill Road (7-Eleven), Aurora, Colorado, a store that engages in interstate commerce, for a report of an armed robbery. Upon arrival, Officer Jason Hildenbrand contacted the victim, AV. AV advised the business was just robbed at gunpoint and the male suspects targeted the register tills.

182.    AV advised the two male suspects entered the business and said something to the effect of, "you know what this is". Subsequently, one of the male suspects went behind the counter and took one of the register tills and the other reached over the counter and took the other register till. AV advised during this time the two suspects were telling him to hurry, or they would shoot him.

183.   The two male suspects were described as being black males in there early 20's. One suspect was wearing an all black shirt, pants, and shoes, mask, black gloves, was approximately 5'11" to 6'00", weighed approximately 130 lbs to 150 lbs, skinny, and armed with a black firearm with a large capacity magazine.

184.   The second suspect was wearing an all black shirt, pants and shoes, ski mask, one red glove and one purple glove, approximately 6'00" to 6'01", weighing approximately 130 lbs to 150 lbs, and armed with a black firearm.

185.   Once the robbery was completed, the two suspects left the area in a blue Sports Utility Vehicle (SUV), later determined to be a 2019 blue Mitsubishi Eclipse Cross with an LA Dodgers "LA" sticker on the back that was stolen in Aurora on January 29th, 2025, at approximately 4:06 a.m.

186.   The estimated loss during this robbery was approximately $500 to $800.

### February 1st, 2025, at 4:36 a.m., at 10010 East Girard Avenue (Denver)

187.   On February 1st, 2025, at approximately 6:51 a.m., Denver PD Officer Tiara Tambunan was dispatched to 10010 East Girard Avenue (7-Eleven), Denver, Colorado, a store that engages in interstate commerce, for a report of an armed robbery. Upon arrival, Officer Tambunan contacted the victim/reporting person, identified as EA.

188.   EA advised the two suspects entered the business. One suspect requested tobacco products. When EA turned and crouched down, the two suspects brandished firearms and pointed them at him. The suspects then demanded EA to open the cash registers. EA could not open the cash registers.

189.    A second employee identified as HA assisted and opened the cash registers. The suspects took the tills and fled the business.

190.    One suspect was described as a black male, skinny build, approximately 6'00", early 20s, light skinned, wearing black long sleeve shirt, black scarf, black ski mask, and black pants. This suspect possessed a black handgun with a silver slide.

191.    The other suspect was described as a black male, medium build, approximately 6'00", early 20s, light skin, wearing black long sleeve shirt, black mask, and black pants. This suspect possessed a black handgun.

192.    EA believed there was approximately $52.60 stolen between the two tills.



*Screen grabs from surveillance footage showing the two suspects enter the business before the robbery. Both suspects are wearing the same clothing as the previous robberies*



*Screen grab from footage of the vehicle the robbery suspects were using. This is the same vehicle used on the previous robberies.*

### February 1st, 2025, at 5:00 a.m., 13790 East Quincy Avenue (Aurora)

193.    On February 1st, 2025, at approximately 5:00 a.m., APD officers were dispatched to13790 East Quincy Avenue (7-Eleven) Aurora, Colorado, a store that engages in interstate commerce, for a report of an armed robbery. Upon his arrival, Officer James Fish contacted the reporting person/victim, MM. MM advised two suspects entered the business and one asked if he had "Backwoods". When MM stated he did, one of the suspects pointed a firearm at him and demanded he open the register(s). MM complied and advised he was scared. Subsequently, one of the suspects went around the counter while the other one stayed on the other side. The two suspects grabbed the register tills and two small cases of Backwoods cigars and then exited.

194.    MM described the two suspects as males wearing all black with face masks. One suspect had an orange glove, and the other suspect had a dark colored glove. Furthermore, both suspects

possessed firearms. MM was unsure of any ethnicity due to the suspects being covered up. When the suspects exited the business, MM believed they left the area in a white Kia.

195.     The approximate value of U.S. Currency loss was $1,450.



*Screen Grabs from surveillance footage of the suspects wearing the same clothing as the earlier robberies on February 1st, 2025, and on January 29th, 2025*



*Screen Grabs from surveillance footage showing victim being held at gunpoint and then suspects fleeing business with the register tills*

**February 4th, 2025, at 3:13 p.m., 24650 East Applewood Circle # 525 (Aurora)**

196.    On February 4th, 2025, at approximately 3:13 p.m., Javairs was arrested by APD on an outstanding attempted homicide warrant (Arapahoe County docket # 2025CR000275). This warrant was associated with a previous shooting incident that occurred in Aurora on November 29th, 2024. During Javairs' arrest, he was wearing the same clothing that was observed being worn by one of the robbery suspects during the robbery incidents that occurred on December 29th, 2024, at 23830 East Smoky Hill Road (7-Eleven), and at 9301 South Parker Road (7-Eleven).



*Screen Grab from Officer Investigator Henderson's BWC compared to a screen grab from surveillance footage from the robbery on December 29th, 2024, at 23830 East Smoky Hill Road. Javairs is wearing the exact same pants.*

197.    Subsequently, Javairs was interviewed at APD Headquarters (15001 East Alameda Parkway). After being read his Miranda Rights, Javairs agreed to speak with investigators without a lawyer present. As part of this interview, Javairs was questioned about the numerous robberies that were being investigated. Javairs denied any involvement in the robberies. Javairs has been held in custody since this time.

198.    On February 4th, 2025, a search warrant was authored for Javairs' residence at 24650 East Applewood Circle # 525. This search warrant was approved and signed by the Honorable Arapahoe County District Court Judge D. Vahle. At 6:58 p.m., this search warrant was executed.

199.    During the search, numerous items of evidentiary value were discovered and seized, that included clothing worn during the robberies, firearm accessories, large amounts of U.S. Currency, and ammunition.



*Screen grabs obtained from surveillance footage from spree of robberies that occurred on December 23rd, 2024, between Denver and Sheridan*



*Photos of clothing discovered and seized as evidence during the search warrant of Javairs' residence on February 4th, 2025. The shorts and pants are an exact match the clothing worn by the suspect during the robberies on December 23rd, 2024.*



*Photos of an illegal extended magazine discovered hidden in a potato chips bag during the search of Javairs' residence on February 4th, 2025, compared to a screen grab taken from surveillance footage of one of the robbery suspects during an Aurora Robbery on January 29th, 2025. The firearm in this screen grab is consistent with having an extended magazine in the well of the weapon.*



*Screen grabs from surveillance footage that show clearly that the mask worn by one of the suspects during the robbery spree on February 1st, 2025, is the same mask discovered during the search warrant at Javairs' residence on February 4th, 2025.*



*Screen grab from surveillance footage showing the suspect wearing the same shoes during the robbery spree on January 29th, 2025, that were discovered during the search warrant at Javairs' residence on February 4th, 2025.*



*Screen grabs from surveillance footage of the suspect wearing the same shoes during the February 1ˢᵗ, 2025, robbery spree (after the arrest of his twin brother Javae that occurred on January 12ᵗʰ, 2025) and the December 29ᵗʰ, 2024, robbery spree that show these are the same shoes that were discovered during the search warrant on Javairs' residence on February 4ᵗʰ, 2025.*



*Large sums of loose U.S. Currency seized during search warrant on February 4ᵗʰ, 2025.*



*Pictures of "Backwoods" cigars that were discovered during the search warrant of Javairs' residence on February 4th, 2025. These are the same type of tobacco products that were stolen during the robbery spree February 1st, 2025*

**February 15th, 2025, at 6:40 p.m., 3260 West 14th Avenue (Denver)**

200.    On February 15th, 2025, at approximately 6:40 p.m., Denver PD Officers J. Vankleef and B. Espinal were riding two-man conducting proactive patrol at 3260 West 14th Avenue in Denver.

72

201.    While traveling past Tower # 4, they observed a blue Mitsubishi Eclipse parked against the most northern black gate of the parking lot. This vehicle did not have any license plates affixed to it. These Officers recognized this vehicle as being the one used during a pattern of recent robberies. The Mitsubishi was unoccupied. The "LA" sticker on the back of the vehicle and multiple cash register tills in the back seat confirmed it was the same stolen vehicle used in the robberies.



*Picture of the Mitsubishi when it was recovered in Denver on February 15th, 2025*

202.    On March 12th, 2025, your affiant received cell phone data from Javae's cell phone from the Aurora Police Department's Robbery Unit. This data was obtained from the execution of an Arapahoe County Search Warrant for this device. Subsequently, this data was placed into the analytical tool Cellebrite. While reviewing the data, you affiant learned this device was assigned phone number **720-383-2623** and was named "Jankys iPhone" with the name "Janky" being a known nickname name of Javae. Additionally, your affiant discovered the Google account email

address javaemcclain4@gmail.com on this device as well. This cell phone/device was recovered during Javae's arrest on January 12th, 2025.

## THE PROVIDER

203.      Your affiant searched law enforcement databases to determine the carrier of the Target Telephones, **720-383-2623** and determined Verizon was the servicing carrier for the time period related to this investigation for the Target Telephone.

204.      On April 18th, 2025, your affiant queried phone number **720-383-2623** through the law enforcement database ToolBox. This query confirmed phone number **720-383-2623** is being serviced by the cell phone carrier Verizon. Furthermore, the name associated to this phone number is "Samuel Daugherty". Your affiant has confirmed phone number **720-383-2623** is currently Javae's phone number through the Aurora Police Department's Police Information Management System (PIMS), from this number being assigned to the device/cell phone that was recovered during Javae's arrest, and through Accurint.

205.      In your affiant's training and experience, each phone carrier develops and maintains specialized location services to enhance cellular coverage.  These records may be referred to as NELOS (Network Event Location System), LOCDBOR (Location Database of Record), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or Historical GPS/Mobile Locate Information.

206.      Specialized location records are necessary in this case because they can provide further location information concerning the **Target Telephone**, as well as location information associated with data usage on the **Target Telephone**.  Location information associated with data usage on the **Target Telephone** is particularly relevant in this case because your affiant's

investigation indicates specific locations at or about a specific date and time.

207.        In your affiant's training and experience, your affiant has learned that Verizon is a company that provides cellular telephone access to the general public. Your affiant also knows that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records."

208.        Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

209.        Based on your affiant's training and experience, your affiant knows Verizon can collect cell-site data about the Target Telephone. Your affiant also knows that wireless providers such as Verizon typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes. Based on your affiant's training and experience, your affiant believes that Verizon currently possesses the specialized location records concerning the Target Telephone.

210.        Based on your affiant's training and experience, your affiant knows that wireless providers such as Verizon typically collect and retain information about their subscribers in their

normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. Your affiant also knows that wireless providers such as Verizon typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In your affiant's training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the Target Telephone's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

211.    Based on the foregoing, your affiant requests that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

212.    Your affiant further requests that the Court direct the Provider to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on the Provider, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time of the day or night.

213.    Your affiant also requests that the Court direct the Provider to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with the Provider's services.

## CONCLUSION

214.     Based on the facts and circumstances of these incidents, it is your affiant's belief Javae assisted his twin brother Javairs in robberies during the spree starting on September 21st, 2024. Subsequently after Javae's arrest on January 12th, 2025, a cell phone device was recovered. After the execution of an Arapahoe County search warrant on this device, your affiant was supplied with the data that showed a direct nexus with this device to Javae.

215.     Therefore, you affiant is requesting CDR's for phone number **720-383-2623** for the time of period of **September 1st, 2024 through his arrest on January 12th, 2025** to obtain and pattern of life, location data, and call records, to further this investigation and provide information that could lead to the identity of the unknown suspect who participated in the September 1st, 2024 through January 12th, 2025 robberies.

216.     Based on training, experience, and general knowledge of human behavior in today's society, your affiant knows that most individuals own and possess a cellular telephone and retain their phones on their person or in their immediate possession, particularly when not at home. See Carpenter v. United States, 138 S. Ct. 2206, 2218 (2018) ("While individuals regularly leave their vehicles, they compulsively carry cell phones with them all the time. A cell phone faithfully follows its owner beyond public thoroughfares and into private residences, doctor's offices, political headquarters, and other potentially revealing locales."); Riley v. California, 134 S.Ct. 2473, 2484 (2014) ("modern cell phones [] are now such a pervasive and insistent part of daily life that the proverbial visitor from Mars might conclude they were an important feature of human anatomy.").

217.     Your affiant knows from training and experience that individuals frequently communicate with each other, and\or others, before, during, and after criminal events. Your affiant

also knows from his/her training and experience that this type of communication usually occurs via cellular phones, and that cellular phones communicate with cellular towers in specific geographical locations. Analysis of these records could assist your affiant with determining the general location of the cellular phone before, during, or after the target offense. In fact, based on your affiant's experience in investigating criminal cases, data contained from cellphone records has been vital in establishing the who, what, why, where and when related to criminal activity.

218.     This information can also be of significant assistance to the investigation and evidence in a subsequent criminal prosecution by showing the communication records/pattern(s) between any possible suspects and co-conspirators and can indicate the general geographic area that the mobile device was located at times relevant to this investigation, as well as provide investigative leads to either witnesses or other evidence. For example, obtaining location information that reveals where a suspect was several hours before the offense can help identify potential surveillance footage that can include details of the suspect's appearance and assist with identification. In addition, knowing where the suspect or relevant witness went after the offense can produce leads to potential witnesses who could provide information relevant to his or her state of mind or acknowledgement of involvement in the offense.

219.     Based on training and experience, your affiant knows that acquiring an extended period of call detail records can assist in establishing a pattern of life, or use, of a target telephone. Longer period of records outside the immediate date/time frame of the underlying crime can assist investigators in establishing calling patterns of the Target Telephone and prevalent cell sectors utilized by the Target Telephone. The establishment of this pattern of life, or use, is critical in helping investigators determine if, and when, this calling pattern changes, intensifies, or wanes during relevant time periods within the investigation. Through training and experience, your

affiant knows that changes within this pattern occur with respect to calls to and from the victim(s) in, and around, the time of criminal activity. These changes in the pattern of life can also assist investigators in identifying co-conspirator(s) who may have provided aid or counsel during the relevant time-period surrounding the conception, planning, commission and/or cover-up of criminal activity.

220.    Based on training and experience, your affiant knows that historical cell-site records can identify the cellular tower that a target phone used when engaging in a communication such as a call or text message. Many cellular towers have multiple antenna faces, or "sectors," each of which provides service to a particular portion of the tower's geographic service area. In such cases, the historical cell-site records will also generally identify the sector of the cell tower that the phone used during the communication. Investigators can use this information about the cell tower and sectors that were used by a phone to determine the general area in which the target phone was likely to be at the time that a particular communication occurred. While the precision of this information varies depending on factors including the distance between cellular towers, at best cell-site location information will reveal the neighborhood in which a phone was likely to have been located. Cell site information can also establish a pattern of activity in the hours before and the hours after the incident where the cellular antenna usage can show the device approaching the location of the incident and egressing from the incident after.

221.    In the event that relevant and/or incriminating evidence is located in the phone records, it will be critical to establish the individual in possession of the device at or about the time the communications are made and/or internet activity has occurred. Frequency of location usage can establish the likely possessor/user of the device, particularly where longer periods of data are obtained. Evidence attributing particular data items associated with the device can also come in

the form of other communications made at or near the time of the incriminating event that can be tied to the suspect(s), call history and contact information connecting the device and/or particular communication events to the suspect, and other data that can be found on in the records that can establish the identity of the person who was likely in possession of the phone at the time the incriminating data was captured by the device. Data relating to possession, dominion and control over the cellphone will assist in associating any communications or location data to a particular person. This is not intended to establish simple ownership of the device; instead, it is intended to allow the investigator to attribute particular relevant data to a particular user.

222.    Your affiant declares under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Respectfully submitted,
*s/Andrew Silberman*
Andrew Silberman, Task Force Officer
Federal Bureau of Investigation - Denver

SUBSCRIBED and SWORN before me this  25th  day of  April           , 2025

Timothy P. OHara    Digitally signed by Timothy P. OHara
Date: 2025.04.25 11:30:40 -06'00'

HON. TIMOTHY P. O'HARA
UNITED STATES MAGISTRATE JUDGE

**Application for search warrant was reviewed and submitted by Brian Dunn, Assistant United States Attorney.**